# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR FALSIFICATION OF RECORDS IN FEDERAL INVESTIGATION AND FOR FALSE STATEMENTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 12-207-JJB-SCR |
| VERSUS | : | 18 U.S.C. § 1519 |
| | : | 18 U.S.C. § 1001 |
| KEVIN L. GROOM, SR. | : | |

**THE UNITED STATES ATTORNEY CHARGES:**

#### COUNT ONE

On or about January 27, 2010, in the Middle District of Louisiana, the defendant, **KEVIN L. GROOM, SR.**, acting in relation to and in contemplation of a matter within the jurisdiction of the United States Department of Justice and the Federal Bureau of Investigation (F.B.I.), an agency of the United States, knowingly made a false entry in a document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the United States Department of Justice and the F.B.I. Specifically, defendant **GROOM** falsely reported, "At no time did I see anyone hit [R.M.] with their fist [or] asp or strike [R.M.] in the truck." This statement was false because, as **GROOM** then and there knew, officers had struck a handcuffed inmate, R.M., while they were in the truck en route to the medical unit.

The above is in violation of Title 18, United States Code, Section 1519.

```
JJB
SCR
Piedrahita
Jackson
USA & USPO
USM
```

## COUNT TWO

On or about September 28, 2011, in the Middle District of Louisiana, the defendant, **KEVIN L. GROOM, SR.**, did willfully and knowingly make a materially false and fraudulent statement in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the Federal Bureau of Investigation (F.B.I.). Specifically, **GROOM** told F.B.I. agents that on or about January 24, 2010, correctional officers did not assault R.M., a handcuffed inmate, while they were transporting R.M. to the medical unit. This statement was false because, as **GROOM** then and there knew, correctional officers repeatedly struck R.M. during the transport that day.

The above is in violation of Title 18, United States Code, Section 1001.

UNITED STATES OF AMERICA, by

_____
DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

_____
ROBERT W. PIEDRAHITA
ASSISTANT U.S. ATTORNEY


THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

_____
AEJEAN ("ANGIE") CHA
TRIAL ATTORNEY
CIVIL RIGHTS DIVISION
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave. NW
Washington, D.C. 20530

**Criminal Cover Sheet**   **U.S. District Court**

**Place of Offense:**  **Matter to be sealed:** ☐ No  ☒ Yes

City  __Baton Rouge__  **Related Case Information:**

County/Parish  __East Baton Rouge__  Superseding Indictment _____  Docket Number _____
Same Defendant _____  New Defendant __X__
Magistrate Case Number _____
Search Warrant Case No. _____
R 20/ R 40 from District of _____
**Any Other Related Cases:** _____

**Defendant Information:**

Defendant Name  Kevin L. Groom, Sr.

**U.S. Attorney Information:**

AUSA Robert W. Piedrahita  Bar #  10989

**Interpreter:** ☒ No  ☐ Yes  **List language and/or dialect:** _____

**Location Status:**
Arrest Date _____
_____  Already in Federal Custody as of  _____
_____  Already in State Custody
_____  On Pretrial Release

**U.S.C. Citations**

Total # of Counts:  __2__  ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| set 1  18 U.S.C. 1519 | Falsification of Records in Federal Investigation | 1 |
| set 4  18 U.S.C. 1001 | False Statements | 2 |

Date: _Nov 21, 2012_  Signature of AUSA: _/s/_

**District Court Case Number (To be filled in by deputy clerk):** _____