| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-207-JJB-SEC |
| VERSUS | (UNDER SEAL) |
| KEVIN L. GROOM SR. | |

## MOTION TO UNSEAL BILL OF INFORMATION

**NOW INTO COURT**, comes the United States of America, by Donald J. Cazayoux, Jr., United States Attorney for the Middle District of Louisiana, through Robert W. Piedrahita, Assistant U.S. Attorney, and respectfully represents the following:

1.

On November 26, 2012, the United States filed under seal, a bill of information charging Kevin L. Groom, Sr., the defendant, with falsification of records and for false statements, in violation of 18 U.S.C. §§ 1519 and 1001.

2.

At the time, the defendant was employed by the Louisiana State Penitentiary, Louisiana Department of Public Safety and Corrections.

3.

The defendant tendered his resignation effective December 7, 2012. He is no longer employed by the Louisiana State Penitentiary.

JJB

4.

There no longer is a need for the bill of information to remain under seal.

5.

A need no longer exists for orders related to the defendant's initial appearance and upcoming re-arraignment to remain under seal.

6.

Defendant's initial appearance is scheduled for December 13, 2012, before the Honorable Stephen C. Riedlinger, U.S. Magistrate-Judge, at 2:30 p.m.

7.

Defendant's re-arraignment is scheduled to be held on December 13, 2012, at 3:00 p.m. before the Honorable James J. Brady, U.S. District Judge.

**WHEREFORE**, the United States respectfully requests that the bill of information, and notices related to defendant's upcoming initial appearance and re-arraignment be unsealed.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

_____
Robert W. Piedrahita, LBN 10989
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: robert.piedrahita@usdoj.gov

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 12-207-JJB-SEC |
| VERSUS | (UNDER SEAL) |
| KEVIN L. GROOM SR. | |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *United States' Motion to Unseal Bill of Information* and proposed Order were filed with the Clerk of Court. Notice of this filing will be sent via U.S. Mail, properly addressed and postage prepaid, to defendant's attorney, Carl J. Jackson, 345 Grand Pre Street, Baton Rouge, LA 70802.

Baton Rouge, Louisiana, this 11th day of December 2012.

Robert W. Piedrahita
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL NO. 12-207-JJB-SEC

VERSUS                                   (UNDER SEAL)

KEVIN L. GROOM SR.

## ORDER

Considering the Government's foregoing motion to unseal the bill of information,

**IT IS ORDERED** that the bill of information along with notices scheduling the initial appearance and re-arraignment are unsealed.

This _____ day of December 2012, Baton Rouge, Louisiana.

_____
JUDGE STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE COURT